IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROHM AND HAAS COMPANY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC, et al., | : | |
| | : | No. 10-2845 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **18th** day of **February**, **2011**, upon consideration of Plaintiff's Motion for Summary Judgment, Defendants' Motion for Summary Judgment, all responses thereto, and for the reasons stated in the Court's Memorandum dated February 18, 2011, it is hereby **ORDERED** that:

1. Plaintiff's motion (Document No. 10) is **DENIED**.

2. Defendants' motion (Document No. 9) is **GRANTED**.

3. The Arbitration Award dated May 15, 2010 is **CONFIRMED**.

4. The Clerk of the Court is directed to close this case.

BY THE COURT:

**Berle M. Schiller, J.**